1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  R. THOMAS COLONNA
   Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Richard.Colonna@usdoj.gov
6  *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KEIANA GRATE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, XCMNV, LLC d/b/a/ ACE RENT-A-CAR, a Domestic Limited-Liability Company DOE DRIVERS I-V, DOE OWNERS I-V, ROE EMPLOYER and ROE COMPANIES,<br><br>　　　　Defendants. | Case No.: 2:24-cv-00459-JAD-NJK<br><br>**Stipulation and Order to Dismiss with Prejudice**<br><br>ECF No. 20 |

　　Plaintiff and Defendants, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

　　Respectfully submitted this 6th day of November 2024.

| | |
|---|---|
| VAN LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
| /s/Noah. A. Duran<br>NOAH A. DURAN, ESQ.<br>Nevada Bar No. 15033<br>1290 S. Jones Boulevard<br>Las Vegas, NV 89146<br>*Attorney for Plaintiff* | /s/R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101<br>*Attorney for Federal Defendant* |

CISNEROS & MARIAS

*/s/Kenneth M. Marias*
KENNETH M. MARIAS, ESQ.
Nevada Bar No. 005062
6671 S. Las Vegas Boulevard
Building D, Suite 210
Las Vegas, NV 89119
MAIL TO
1299 Zurich Way, Suite 250
Schaumburg, IL 60196
*Attorney for Defendant*
XCMNV, LLC d/b/a ACE RENT-A-CAR

## ORDER

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 7, 2024